UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KIA CHEVALIER,<br><br>  Plaintiff,<br><br>  vs.<br><br>RAY & JOAN KROC CORPS. COMMUNITY CENTER, SALVATION ARMY RAILTON PLACE, 242 TURK STREET (SF), 94102-3808,<br><br>  Defendants. | Case No:  C 11-4891  SBA<br><br>**ORDER**<br><br>Docket 14. |

Pro se Plaintiff Kia Chevalier ("Plaintiff") filed the instant action on September 30, 2011, alleging various state and federal causes of action.  Compl., Dkt. 1.  On December 12, 2011, Defendant The Salvation Army ("Defendant") filed a motion to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure or, in the alternative, for a more definite statement under Rule 12(e) of the Federal Rules of Civil Procedure, which it noticed for hearing on April 3, 2012.  Dkt. 14.  Under Local Rule 7-3, any opposition or statement of non-opposition was due no later than twenty-one (21) days before the hearing date.  As such, Plaintiff's opposition was due by March 13, 2012.  This Court's Standing Orders specifically warn that "failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute a consent to the granting of the motion."  Civil Standing Orders at 5, Dkt. 11.  Notwithstanding the requirements of Civil Local Rule 7-3, and the Court's warning, Plaintiff has filed nothing in response to Defendant's motion.

A district court may properly grant a motion for failure to file an opposition. See Gwaduri v. I.N.S., 362 F.3d 1144, 1146-1147, n. 3 (9th Cir. 2004) (noting that courts have the authority to grant unopposed motions); Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995) (failure to file an opposition in violation of a local rule is a proper ground to grant a motion). Here, although Plaintiff's failure to file an opposition is a proper ground to grant Defendant's motion, the Court, in light of Plaintiff's pro se status, will afford her the opportunity to file a response to the motion by no later than April 13, 2012.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff shall file an opposition or statement of non-opposition to Defendant's motion to dismiss or, in the alternative, for a more definite statement (Dkt. 14) by no later than April 13, 2012. Upon the filing of Plaintiff's response to the motion, the matter will be taken under submission without oral argument. The Court warns Plaintiff that the failure to timely comply with this Order will result in dismissal of this action.

2. The hearing scheduled for April 3, 2012 is VACATED.

3. The Case Management Conference scheduled for April 3, 2012 is CONTINUED to **June 7, 2012 at 3:00 p.m.** Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement. Plaintiff is responsible for filing the joint statement no less than seven (7) days prior to the conference date. The joint statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. Plaintiff is responsible for setting up the conference call, and on the specified date and time, shall call (510) 637-3559 with all parties on the line.

4. This Order terminates Docket 14.

IT IS SO ORDERED

Dated: 3/28/12

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CHEVALIER et al,

       Plaintiff,

 v.

RAY & JOAN KROC CORPS. COMMUNITY
CENTER et al,

       Defendant.
_____/

Case Number: CV11-04891 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 29, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kia Chevalier
Post Office Box 55641
Hayward, CA 94545-0641

Dated: March 29, 2012
                              Richard W. Wieking, Clerk
                              By: Lisa Clark, Deputy Clerk