UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KIA CHEVALIER,<br><br>      Plaintiff,<br><br>  vs.<br><br>RAY & JOAN KROC CORPS. COMMUNITY CENTER, SALVATION ARMY RAILTON PLACE, 242 TURK STREET (SF), 94102-3808,<br><br>      Defendants. | Case No: C 11-4891 SBA<br><br>**ORDER DENYING MOTION FOR DEFAULT JUDGMENT**<br><br>Docket 29. |

The parties are presently before the Court on pro se Plaintiff Kia Chevalier's ("Plaintiff") motion for default judgment, which requests that the Court enter a default judgment against Defendants Railton Place and Ray & Joan Kroc Corporation. Dkt. 29. Defendant The Salvation Army opposes the motion. Dkt. 32. Having read and considered the papers filed in connection with this matter and being fully informed, the Court hereby DENIES the motion. A review of the Court's docket reveals that Plaintiff has not sought entry of default against Railton Place or Ray & Joan Kroc Corporation under Rule 55(a) of the Federal Rules of Civil Procedure. Accordingly, because the clerk of the Court must enter default before a party can move for default judgment, Plaintiff's motion is DENIED. See Fed.R.Civ.P. 55(a)-(b) (describing the two-step process of "Entering a Default" and "Entering a Default Judgment"); see Eitel v. McCool, 782 F.2d 1470, 1471 (9th Cir. 1986) (Rule 55 requires a two-step process for the entry of a default judgment).

     IT IS SO ORDERED

Dated: 8/9/12

                                                         _____<br>
                                                         SAUNDRA BROWN ARMSTRONG<br>
                                                         United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CHEVALIER et al,

       Plaintiff,

 v.

RAY & JOAN KROC CORPS. COMMUNITY CENTER et al,

       Defendant.
_____ /

Case Number: CV11-04891 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 14, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kia Chevalier
Post Office Box 55641
Hayward, CA 94545-0641

Dated: August 14, 2012
                     Richard W. Wieking, Clerk
                       By: Lisa Clark, Deputy Clerk